## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  Plaintiff, )<br> )<br>  v. )<br> )<br>JANITA SMITH )<br>  Defendant. )<br> )<br> )<br> ) | Case No.   16-cr-10020 |

## O R D E R

Before the Court is a Report and Recommendation [Doc.23] of the United States Magistrate Judge Johnathan E. Hawley that the Defendant's plea of guilty to Count One of the Indictment [Doc.9] filed in this case and entered on October 20, 2016 be accepted by the assigned United States District Judge. No objections to the Report and Recommendation were filed.

Upon a *de novo* review of the record, pursuant to 28 U.S.C. § 636(b)(1), the Court ADOPTS the Report and Recommendation of the United States Magistrate Judge. *See Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538 (7th Cir. 1986). Defendant's plea of guilty to Count One of the Indictment is hereby ACCEPTED. The Clerk of the Court is to file this acceptance in this case.

So ORDERED.

Entered this 15th day of November, 2016.

                                           s/Joe B. McDade
                                           Honorable Joe B. McDade
                                           Senior United States District Judge